**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED
2007 JAN 24 A 10: 57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO.** 2:07cr15-SRW |
| | ) | **(18 U.S.C. 641)** |
| **CHARLES H. HINES** | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 14th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CHARLES H. HINES** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

Kent Brunson
KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

**STATE OF ALABAMA** )
) **AFFIDAVIT**
**COUNTY OF MONTGOMERY** )

The undersigned, being first duly sworn, deposes and says:

I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 14 November 2006, via closed circuit monitors, I observed CHARLES H. HINES in the video game section of the store's power zone with a Play Station 2 video game in his hand. I observed him strip the cellophane cover off the game, remove the disk and booklet from the package, put the pair in his pants pocket, and return the empty package to the display. He then left the store without paying for anything. I detained him in the lobby area, identified him and escorted him to the security office. Security Forces was called and responded. While waiting for Security Forces to arrive, HINES voluntarily gave up the disk and booklet and offered to pay for the game. The game was identified as "Smackdown vs Raw 2007" and was valued at $49.95. Once Security Forces arrived, TAYLOR was advised of her rights in accordance with 5th Amendment of the United States Constitution. TAYLOR acknowledged her rights and made a statement.

Robert G. Smith
ROBERT G. SMITH

Subscribed and sworn to before me this 18th day of January, 2007.

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

Audrey F. Griffin
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS