IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07cr15-SRW |
| ) | |
| CHARLES HUNTER HINES, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2007 FEB -6  P 3:41

## NOTICE OF APPEARANCE

Please take notice that Aimee C. Smith hereby gives Notice of Appearance as counsel of record for the Defendant, Charles Hunter Hines, in the above stated case.

**Respectfully submitted** on this the ____ day of February, 2007.

_____
AIMEE C. SMITH  (SMI226)
VICKERS AND SMITH, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101

**Done** on this the ____ day of February, 2007.

_____
OF COUNSEL

017-07/NotAppl.2