IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-15-SRW |
| | ) |
| CHARLES H. HINES | ) |

### NOTICE OF APPERANCE

**COMES NOW** the undersigned counsel, L. Amber Brugnoli, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 28th day of February, 2007.

Respectfully submitted,

_____
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of the Court by hand-delivery and I have mailed a copy to Mr. Charles Hines, 515 Wakefield Court, Montgomery, AL 36109 by U.S. Postal Service on this the 28th day of February, 2007.

_____
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787