**COURTROOM DEPUTY'S MINUTES**          **DATE: March 6, 2007**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING:** 10:19 - 10:24

√**ARRAIGNMENT**          ❑**CHANGE OF PLEA**          ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**          ❑ **SENTENCING**

-------------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:07cr15-SRW          **DEFENDANT NAME:** Charles H. Hines

**AUSA:** L. Amber Brugnoli          **DEFENDANT ATTORNEY:** Aimee C. Smith

**Type counsel** ( )Waived; ( √ )Retained; ( )CJA; ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

**Interpreter present?** ( √ )NO; ( )YES   **Name:**

-------------------------------------------------------------------------------------------------------------------

√This is defendant's **FIRST APPEARANCE.**

❑**Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❑ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**          √**Not Guilty**

          ❑ **Guilty as to:**

                    ❑ **Count(s):**

                    ❑ **Count(s):**          ❑ **dismissed on oral motion of USA**

                                        ❑ **to be dismissed at sentencing**

❑ Written plea agreement filed   ❑ **ORDERED SEALED**

❑ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

√ NON-JURY TRIAL          ❑ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE: 3/6/07**

❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:

          ❑ Trial on _____; ❑ Sentencing on _____

❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed

                    ❑ Defendant requests time to secure new counsel

Court sets out error in affidavit attached to information.  Government to file motion to amend.