IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR -4  A 10: 41

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-15-SRW |
| | ) |
| CHARLES H. HINES | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Neal B. Frazier, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 4th day of April, 2007.

Respectfully submitted,

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of April 2007, I presented the foregoing with the Clerk of the Court by hand-delivery and placed a copy of the same in the U. S. Mail addressed to Attorney Aimee C. Smith, Vickers, Smith & White, P.L.L.C., 22 Scott Street, Second Floor, Montgomery, AL 36104.

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787