RECEIVED

APR 10 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr-15-SRW |
| ) | (18 U.S.C. 641) |
| CHARLES H. HINES ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 14th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CHARLES H. HINES** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*W*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA )
) **AFFIDAVIT**
COUNTY OF MONTGOMERY )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 14 November 2006, via closed circuit monitors, I observed CHARLES H. HINES in the video game section of the store's power zone with a Play Station 2 video game in his hand. I observed him strip the cellophane cover off the game, remove the disk and booklet from the package, put the pair in his pants pocket, and return the empty package to the display. He then left the store without paying for anything. I detained him in the lobby area, identified him and escorted him to the security office. Security Forces was called and responded. While waiting for Security Forces to arrive, HINES voluntarily gave up the disk and booklet and offered to pay for the game. The game was identified as "Smackdown vs Raw 2007" and was valued at $49.95. Once Security Forces arrived, HINES was advised of his rights in accordance with 5th Amendment of the United States Constitution. HINES acknowledged his rights and made a statement.

                                                                       _____
                                                                       ROBERT G. SMITH

Subscribed and sworn to before me this 9th day of March, 2007.

                                                          _____
                                                          AUDREY F. GRIFFIN
                                                          Notary Public
                                                          State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS