IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-15-SRW |
| | ) | |
| CHARLES H. HINES | ) | |

## MOTION FOR LEAVE TO DISMISS ORIGINAL INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the original Information filed on January 24, 2007, without prejudice heretofore filed in the above styled cause on the grounds, to wit: <u>In the best interest of justice.</u>

Respectfully submitted this the 11th day of April, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

**s/Neal B. Frazier**
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to Attorney Aimee C. Smith.

**s/Neal B. Frazier**
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-15-SRW |
| | ) | |
| CHARLES H. HINES | ) | |

**ORDER**

    Upon consideration of the Motion for Leave to Dismiss Original Information as to CHARLES H. HINES heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    Done this ____ day of April, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE