IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr15-SRW |
| | ) | |
| CHARLES H. HINES | ) | |

## **ORDER**

Upon consideration of the government's motion to dismiss original indictment (Doc. # 19), filed April 11, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 11th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE