IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07cr15-SRW |
| ) | |
| CHARLES HUNTER HINES, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2007 MAY 14 P 1:36

## WAIVER OF ADDITIONAL ARRAIGNMENT

**COMES NOW** the Defendant, Mr. Charles Hunter Hines, by and through counsel, and states the following:

1. The Defendant is charged on information with Theft of Property III.

2. The Affidavit of Robert G. Smith, supporting the information against the Defendant contained inaccuracies regarding the Defendant's name. The Government has since corrected those inaccuracies.

3. The Defendant and the undersigned counsel have no objections to the corrections made and hereby waiver any further arraignment on the information filed.

**WHEREFORE**, the Defendant hereby waives further arraignment on the information filed against the Defendant.

**Respectfully submitted** on this the 14th day of May, 2007.

_____
AIMEE C. SMITH (SMI220)
Vickers, Smith & White, PLLC
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334)-264-6466

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

Captain Neal Frazier, Special Asst.USA
United States Attorney's Office
42 ABW/JA 50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

      **Done** on this the 14th day of May, 2007.

OF COUNSEL

017-07/WaiveAddArraingmt1.2