IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07cr15-SRW |
| ) | |
| CHARLES HUNTER HINES, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2007 MAY 15  P 4:08

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

**COMES NOW** the Defendant, Mr. Charles Hunter Hines, by and through counsel, and requests a 60 day continuance of the trial date set in this matter. In support of this motion, Mr. Hines states the following:

1. Mr. Hines is charged with Theft of Property Third. The trial is currently set for May 23, 2007.

2. Mr. Hines has applied for the Pre-Trial Diversion program and is awaiting his acceptance into this program. It appears that Mr. Hines will be accepted into the program and truly desires to enter into this program.

3. Counsel for Mr. Hines was contacted by Lieutenant McPherson, attorney for the Government. Lt. McPherson informed undersigned counsel that it would take more than a month for the Probation Officer to complete the application process. Lt. McPherson does not object to the continuance.

4. Undersigned counsel has already filed a motion to continue for thirty days. To continue this case would not prejudice any of the parties, but to deny the requests would prevent Mr. Hines from pursuing a positive outcome of this matter.

**WHEREFORE**, Defendant requests a 60 day continuance of the trial in the above case.

**Respectfully submitted** on this the 15th day of May, 2007.

_____
**AIMEE C. SMITH   (SMI220)**
**Vickers, Smith & White, PLLC**
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334)-264-6466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

Captain Neal Frazier, Special Asst.USA
United States Attorney's Office
42 ABW/JA 50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

**Done** on this the 15th day of May, 2007.

_____
OF COUNSEL

017-07/M2Continue2.2