IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr-15-SRW |
| | ) | |
| CHARLES H. HINES | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for July 31, 2007 at 4:00 p.m. be and hereby is **rescheduled for 8:30 a.m. on July 31, 2007** by telephone. Counsel for the government is DIRECTED to set up the conference call.

Done, this 10th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE