IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUL 30  P 4:57

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:07cr15-SRW |
| ) | |
| CHARLES HUNTER HINES, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Mr. Charles Hunter Hines, by and through counsel, and requests a 60 day continuance of the trial date set in this matter. In support of this motion, Mr. Hines states the following:

1. Mr. Hines is charged with Theft of Property Third. The trial is currently set for August 2, 2007.

2. Mr. Hines has applied for the Pre-Trial Diversion program and is awaiting his acceptance into this program. It appears that Mr. Hines will be accepted into the program and truly desires to enter into this program.

3. Counsel for Mr. Hines spoke with United States probation office and understands that the Pre-trial Diversion application was completed and forwarded to the United States Attorneys office and to Lt. Reese Hays, attorney for the Government. As of this writing, Mr. Hines is awaiting approval of the Pre-trial Diversion agreement.

4. Undersigned counsel has already filed a motion to continue. To continue this case would not prejudice any of the parties, but to deny the requests would prevent Mr. Hines from pursuing a positive outcome of this matter.

**WHEREFORE**, Defendant requests a 60 day continuance of the trial in the above case.

**Respectfully submitted** on this the 30th day of July, 2007.

Here:

_____
AIMEE C. SMITH   (SMI220)
**Vickers, Smith & White, PLLC**
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334)-264-6466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

Lt. Reese Hays, Special Asst.USA
United States Attorney's Office
42 ABW/JA 50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

**Done** on this the 30th day of July, 2007.

_____
OF COUNSEL

017-07/M2Continue3.1