# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-15-SRW |
| | ) | |
| CHARLES H. HINES | ) | |

## JOINT STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and states the following:

1. The pre-trial diversion agreement has been finalized, and is awaiting final signature of both parties.

2. Once both parties have signed the agreement, the Government will file a Motion to Dismiss the Information.

Respectfully submitted this the 3rd day of August, 2007.

Respectfully submitted,

**s/L. AMBER BRUGNOLI**
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

**s/ AIMEE C. SMITH**
AIMEE C. SMITH
22 Scott Street, 2nd Floor
Montgomery, AL 36104
Phone: (334) 264-6466

CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**s/L. AMBER BRUGNOLI**
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787